# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                        Civil Action No. 3:15-cv-05410-WHA

JOHN DOE, subscriber assigned IP address 98.234.248.15,

    Defendant.

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL

## WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP address 98.234.248.15. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

1

Dated:  March 21, 2016

Respectfully submitted,

By:   /s/ *Brian M. Heit*
Brian M. Heit
Heit Erlbaum, LLP
6320 Canoga Avenue, 15th Floor
Woodland Hills, CA 91367
Phone: 855-231-9868
Email:  brian.heit@helaw.attorney
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Brian M. Heit*
Brian M. Heit